UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*************************************************************
:
MR. and MRS. "F.", Parents of "C.F.",     :     Civil No.
A Minor Handicapped Child,                :     3:02cv2265 (EBB)
:
**Plaintiffs**                            :
:
V.                                        :
:
The Westport Board of Education;          :
The State of Connecticut Department of    :
Education,                                :
:
**Defendants**                            :     February 6, 2004
:
*************************************************************

**DEFENDANT'S MOTION TO DISMISS
OR FOR OTHER APPROPRIATE SANCTIONS**

Pursuant to Rule 16(f), the Defendant, Westport Board of Education, hereby moves to dismiss the above-entitled action or for other sanctions as the Court may deem appropriate, for failure to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Rule 38 of the Local Rules of Civil Procedure for the District of Connecticut.

A Memorandum of Law in support of this motion is submitted herewith.

RESPECTFULLY SUBMITTED,
THE WESTPORT BOARD OF EDUCATION


BY_____
    Richard J. Buturla
    BERCHEM, MOSES & DEVLIN, PC
    75 Broad Street
    Milford, CT  06460
    Federal Bar #05967
    203-783-1200

## **CERTIFICATION**

This is to certify that the foregoing has been mailed this date via U.S. Mail, Postage prepaid, to the following counsel of record:

Ralph E. Urban
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Jennifer D. Laviano
Jennifer D. Laviano, P.C.
632 Danbury Road
Ridgefield, CT 06877

                                                  _____
                                                  Richard J. Buturla, Esq.
                                                  Commissioner of the Superior Court