FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MR. and MRS. "F.", Parents of "C.F.",<br>A Minor Handicapped Child, | Civil No.<br>3:02cv2265 (EBB) |
| **Plaintiffs** | |
| V. | |
| The Westport Board of Education;<br>The State of Connecticut Department of<br>Education, | |
| **Defendants** | February 6, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION TO DISMISS
### OR FOR OTHER APPROPRIATE SANCTIONS

Pursuant to Rule 16(f), the Defendant, Westport Board of Education, hereby moves to dismiss the above-entitled action or for other sanctions as the Court may deem appropriate, for failure to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Rule 38 of the Local Rules of Civil Procedure for the District of Connecticut.

A Memorandum of Law in support of this motion is submitted herewith.