UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MR. AND MRS. "F.", PARENTS OF
"C.F.", A MINOR HANDICAPPED CHILD

   -vs-                                                               Civil No. 3:02CV2265(EBB)

WESTPORT BOARD OF EDUCATION AND
STATE OF CONNECTICUT DEPARTMENT OF
EDUCATION

## JUDGMENT

This action came on for consideration on defendants' motions to dismiss before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on January 23, 2004 and March 4, 2004, endorsements entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 11th day of March, 2004.

                                                    KEVIN F. ROWE, CLERK

                               By       /s/
                                               Melissa Ruocco
                                               Deputy Clerk

EOD: _____