UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MR. and MRS. "F.", Parents of "C.F.", A Minor Handicapped Child,<br>    Plaintiffs<br><br>v.<br><br>The Westport Board of Education;<br>The State of Connecticut Department of Education,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | FILED<br>MARCH 12, 2004<br><br>CV: 3:02cv2265 (EBB) |

## MOTION TO RECONSIDER DISMISSAL WITH PREJUDICE AND FOR RELIEF OF JUDGMENT

Pursuant to FRCP 60 (b) and Local Rule 7 (c), the Plaintiffs, Mr. and Mrs. F., on behalf of their minor handicapped child C.F., respectfully move that the Court's Ruling of March 4, 2004, dismissing the Complaint with prejudice be reconsidered, and that the Plaintiffs be relieved from the Judgment. A memorandum of law in support of these requests is attached hereto.

The Plaintiffs by _____

Jennifer D. Laviano
Jennifer D. Laviano, PC
77 Danbury Road, Suite C6
Ridgefield, CT 06877
(203) 431-4757
Juris No. CT 17601