UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MR. and MRS. "F.", Parents of "C.F.", A Minor Handicapped Child,<br>    Plaintiffs | FILED<br>MARCH 12, 2004<br>CV: 3:02cv2265 (EBB) |
| v. | |
| The Westport Board of Education;<br>The State of Connecticut Department of Education,<br>    Defendants | |

## MOTION TO RECONSIDER DISMISSAL WITH PREJUDICE AND FOR RELIEF OF JUDGMENT

Pursuant to FRCP 60 (b) and Local Rule 7 (c), the Plaintiffs, Mr. and Mrs. F., on behalf of their minor handicapped child C.F., respectfully move that the Court's Ruling of March 4, 2004, dismissing the Complaint with prejudice be reconsidered, and that the Plaintiffs be relieved from the Judgment. A memorandum of law in support of these requests is attached hereto.

*4/8/04 After Thorough review, the court finds plaintiff has not met the stringent standards of Fed. R. Civ. P. 60 (b). Therefore, the Court orders that no relief from judgment shall enter and Docket number 43 is denied with prejudice. /s/ Ellen B. Burns, Sr. USDJ*

The Plaintiffs by _____

Jennifer D. Laviano
Jennifer D. Laviano, PC
77 Danbury Road, Suite C6
Ridgefield, CT 06877
(203) 431-4757

ABSOLUTE

FINAL
CLOSURE